

**U.S. Departme** **of Justice**

*United States Attorney*
*Southern District of Ohio*

303 Marconi Boulevard                                        614/469-5715
Suite 200
Columbus, Ohio 43215

June 16, 2004

To:    Postmaster
       Loveland, OH 45140

### ADDRESS INFORMATION REQUEST

Please furnish address information for the following individual or verify that his/her mail is delivered at the address shown below. If the address is a post office box, please furnish the address on the box holder's application form.

**NAME:**                          Tran H. Ngan

**LAST KNOWN ADDRESS:**            9716 Stonemasters Drive
                                   Loveland, OH 45140

I certify that this information is required for the performance of official duties.

                              Sincerely yours,

                              GREGORY G. LOCKHART
                              United States Attorney

                              CRAIG BLACK
                              Legal Assistant, Financial Litigation Unit

**FOR POST OFFICE USE ONLY**

(X) Mail is delivered to address given
( ) Not known at address given
( ) Moved; left no forwarding address
( ) No such address
( ) NEW ADDRESS:_____
( ) BOX HOLDER'S STREET ADDRESS:_____

_____     _____
DATE                          POSTMASTER'S SIGNATURE

PLAINTIFF'S EXHIBIT
A

**U.S. POSTAL SERVICE**    **CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT
PROVIDE FOR INSURANCE–POSTMASTER

Received From:

**United States Attorney's Office**
**Southern District of Ohio**
**303 Marconi Blvd, Suite 200**
**Columbus, OH  43215**

One piece of ordinary mail addressed to:

Tran H. Ngan
9716 Stonemasters Drive
Loveland, OH  45140

PS Form **3817**, January 2001

$ 00.90⁰
02 1A
000420137B
MAILED FROM ZIP CODE 43215
JAN 07 2005

U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300



**PLAINTIFF'S
EXHIBIT**
B

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*
*303 Marconi Blvd., Suite 200*
*Columbus, Ohio 43215-2401*

Official Business
Penalty for Private Use $300

U.S. POSTAGE PAID
OFFICIAL MAIL
PENALTY USE FOR
PRIVATE USE
$ 00.370   MAR 16 2005
0004201378
MAILED FROM ZIP CODE 43215

02 1A

Return to sender
No name

Tran Ngan
9716 Stonemasters Dr.
Loveland, OH 45140

NIXIE    450    1    25    04/01/05

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 43215232603    *2915-05755-01-14

43215732325

PLAINTIFF'S
EXHIBIT
C