IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


UNITED STATES OF AMERICA,

Plaintiff,

vs.
                                                    : CIVIL NO: C-1-00-719
                                                    : JUDGE WEBBER
                                                    : MAGISTRATE JUDGE HOGAN


TRAN H. NGAN,


Defendant.


ORDER TO QUASH THE
ORDER TO SHOW CAUSE


Upon Plaintiff's Request to Quash Order to Show Cause, and for good cause showing that

the Defendant can not effectively be served,

IT IS HEREBY ORDERED that the March 18, 2005 Order to Show Cause be quashed.

Date: 4/8/05

_____
UNITED STATES MAGISTRATE JUDGE